| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:14-CR-55 |
| | § | |
| JOEL KERSCHER | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Recommendation on Petition for Warrant for Offender Under Supervision. The magistrate judge recommended that the court accept the Defendant's plea of true to the allegation in the petition. He further recommended that the court revoke the Defendant's supervised release.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government, consented to revocation of supervised release and imposition of the following sentence: fifteen (15) months' imprisonment with no supervised release to follow. This sentence should run consecutively to any other term of imprisonment the Defendant is serving.

The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. The parties have not objected to the magistrate judge's findings. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is revoked pursuant to Title 18, United States Code Section 3583. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Sherman, Texas, this 16th day of June, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE